

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:             01-19-00568-CV

Trial Court Cause
Number:                   2015-17893

Style:                    *BMLA, Inc. D/B/A Murphy's Deli*

                          *v. Keziah Jordan*

Date motion filed*:       December 15, 2021

Type of motion:           Motion for Extension of Time

Party filing motion:      Appellee

Document to be filed:     Motion for En Banc Reconsideration

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

        Original due date:             December 17, 2021

        Number of previous extensions granted:    1

        Date Requested:                January 18, 2022

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: **January 18, 2022**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ April L. Farris
        ☒ Acting individually    ☐ Acting for the Court

Date: December 21, 2021